1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10

11 CRYSTAL BEINEKE, an individual,

12 Plaintiff,

13 v.

14

15 USAA CASUALTY INSURANCE COMPANY,
a foreign insurer,

16

17 Defendant.

CASE NO.: 2:23-cv-1120

**ORDER DISMISSING CASE IN ITS
ENTIRETY WITH PREJUDICE**

18 The Court has reviewed the parties' Stipulation for Dismissal of the Entire Case with

19 Prejudice and good cause appearing,

20 IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice, each

21 party to bear their own fees and costs.

22 The Clerk of Court is directed to close this case and terminate it in the CM/ECF system.

23 SO ORDERED.

24

25 Dated:  December 4, 2023

26

27 _____
Jamal N. Whitehead
United States District Judge

28